**DISMISS; and Opinion Filed January 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00953-CV

### SENRICK WILKERSON, Appellant

### V.

### DALLAS COUNTY COURT OFFICERS: PROSECUTOR BROOKE B. GRONA-ROBB & CALVIN D. JOHNSON, DALLAS COUNTY SHERIFF OFFICE, DALLAS POLICE DEPARTMENT, AND DALLAS COUNTY LEW STERRETT JAIL & ITS GOVERNMENT OFFICERS, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-04707**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Stoddart

Appellant's brief was originally due October 18, 2014. Despite being given more than sixty additional days to file the brief and being warned that failure to comply would result in dismissal of the appeal, appellant has failed to file the brief. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.*, 42.3(b),(c).

/Craig Stoddart/
_____
CRAIG STODDART
JUSTICE

140953F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SENRICK WILKERSON, Appellant

No. 05-14-00953-CV         V.

DALLAS COUNTY COURT OFFICERS:
PROSECUTOR BROOKE B. GRONA-
ROBB & CALVIN D. JOHNSON,
DALLAS COUNTY SHERIFF OFFICE,
DALLAS POLICE DEPARTMENT, AND
DALLAS COUNTY LEW STERRETT
JAIL & ITS GOVERNMENT OFFICERS,
Appellees

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-04707.
Opinion delivered by Justice Stoddart.
Justices Francis and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Dallas County Court Officers: Prosecutor Brooke B. Grona-Robb & Calvin D. Johnson, Dallas County Sheriff Office, Dallas Police Department, Dallas County Lew Sterrett Jail & Its Government Officers recover their costs, if any, of this appeal from appellant Senrick Wilkerson.

Judgment entered this 8th day of January, 2015.